1  PHILLIP A. TALBERT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8             IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:17-MC-00152-KJM-EFB

12            Plaintiff,

13       v.                               STIPULATION AND ORDER EXTENDING TIME
                                          FOR FILING A COMPLAINT FOR FORFEITURE
                                          AND/OR TO OBTAIN  AN INDICTMENT
14  APPROXIMATELY $37,719.00 IN U.S.      ALLEGING FORFEITURE
    CURRENCY,
15
    APPROXIMATELY $96,409.27 SEIZED
16  FROM CHASE BANK ACCOUNT
    NUMBER 105589805, HELD IN THE
17  NAME OF MEDITERRANEAN
    MARKET, and
18
    APPROXIMATELY $18,623.98 SEIZED
19  FROM GOLDEN ONE CREDIT UNION
    ACCOUNT NUMBER 1290544, HELD IN
20  THE NAMES OF BASSAM ADEEB
    ABUGHAZALEH AND SAHAR
21  ABUGHAZALEH,

22            Defendants.

23

24       It is hereby stipulated by and between the United States of America and potential claimants

25  Bassam Adeeb Abughazaleh, Sahar Abughazaleh, and Kayed Bouri ("claimants"), by and through their

26  counsel, as follows:

27       1.       On July 18, 2017, claimants filed a claims in the administrative forfeiture proceeding with

28  the U.S. Secret Service with respect to the Approximately $37,719.00 in U.S. Currency, Approximately

                                  1

$96,409.27 seized from Chase Bank Account Number 105589805, held in the name of Mediterranean Market, and Approximately $18,623.98 seized from Golden One Credit Union Account Number 1290544, held in the names of Bassam Adeeb Abughazaleh and Sahar Abughazaleh (hereafter "defendant funds"), which were seized on or about April 27, 2017.

2.      The U.S. Secret Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was October 16, 2017.

4.      By Stipulation and Order filed October 19, 2017, the parties stipulated to extend to November 15, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to December 15, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to December 15, 2017.

Dated:   11/7/2017

PHILLIP A. TALBERT
United States Attorney

By:     /s/ Kevin C. Khasigian
        KEVIN C. KHASIGIAN
        Assistant U.S. Attorney

Stipulation and Order to Extend Time

Dated: __10/20/17__

/s/ David D. Fischer
DAVID D. FISCHER
KELLY BABINEAU
Attorneys for potential claimants Bassam Adeeb
Abughazaleh, Sahar Abughazaleh, and Kayed Bouri

(Signature authorized by email)

**IT IS SO ORDERED**.

Dated: November 14, 2017.

_____
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Extend Time