| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | KEVIN C. KHASIGIAN<br>Assistant U. S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $37,719.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $96,409.27 SEIZED FROM CHASE BANK ACCOUNT NUMBER 105589805, HELD IN THE NAME OF MEDITERRANEAN MARKET, and<br><br>APPROXIMATELY $18,623.98 SEIZED FROM GOLDEN ONE CREDIT UNION ACCOUNT NUMBER 1290544, HELD IN THE NAMES OF BASSAM ADEEB ABUGHAZALEH AND SAHAR ABUGHAZALEH,<br><br>　　　　　Defendants. | 2:17-MC-00152-KJM-EFB<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimants Bassam Adeeb Abughazaleh, Sahar Abughazaleh, and Kayed Bouri ("claimants"), by and through their counsel, as follows:

1.　　On July 18, 2017, claimants filed a claims in the administrative forfeiture proceeding with the U.S. Secret Service with respect to the Approximately $37,719.00 in U.S. Currency, Approximately

1
Stipulation and Order to Extend Time

1. $96,409.27 seized from Chase Bank Account Number 105589805, held in the name of Mediterranean Market, and Approximately $18,623.98 seized from Golden One Credit Union Account Number 1290544, held in the names of Bassam Adeeb Abughazaleh and Sahar Abughazaleh (hereafter "defendant funds"), which were seized on or about April 27, 2017.

2. The U.S. Secret Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was October 16, 2017.

4. By Stipulation and Order filed October 19, 2017, the parties stipulated to extend to November 15, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5. By Stipulation and Order filed November 14, 2017, the parties stipulated to extend to December 15, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6. By Stipulation and Order filed December 15, 2017, the parties stipulated to extend to February 13, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

7. By Stipulation and Order filed March 26, 2018, the parties stipulated to extend to May 14, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

8. By Stipulation and Order filed May 16, 2018, the parties stipulated to extend to August 13, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

9. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to November 12, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

10. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to November 12, 2018.

Dated: 8/6/2018　　　　　　　　　　　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　By:　/s/ Kevin C. Khasigian
　　　　　　　　　　　　　　　　　　　　　　KEVIN C. KHASIGIAN
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: 8/6/2018　　　　　　　　　　　　　　　/s/ David D. Fischer
　　　　　　　　　　　　　　　　　　　　　　　DAVID D. FISCHER
　　　　　　　　　　　　　　　　　　　　　　　KELLY BABINEAU
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for potential claimants Bassam Adeeb
　　　　　　　　　　　　　　　　　　　　　　　Abughazaleh, Sahar Abughazaleh, and Kayed Bouri

**IT IS SO ORDERED**.

DATED: August 7, 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE