UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEFENDANT,<br><br>Defendant. | No.  17-mc-00152-KJM-EFB<br><br><br><br>ORDER |

The parties have stipulated to extend time for filing a complaint for forfeiture against the defendant currency.  ECF No. 29.

Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause.  *United States v. Real Prop. Located at 475 Martin Lane, Beverly Hills, CA,* 545 F.3d 1134, 1141 (9th Cir. 2008).  In *United States v. Real Prop.*, the court allowed the parties three extensions to file the complaint for forfeiture.  *Id.* at 1147.

1

        This is the parties' twenty-sixth stipulation to extend the deadline. While the court approves the stipulation, a future stipulated extension must be accompanied by a clear showing of good cause supported by a specific statement of reasons.

        IT IS SO ORDERED.

DATED: November 13, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE