UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:17-mc-00152-KJM-EFB |
| Plaintiff, | ORDER |
| v. | |
| Approximately $37,719.00 in U.S. Currency, et al. | |
| Defendants. | |

The stipulation at ECF No. 31 is approved. The deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to March 10, 2021. The court does not anticipate granting any further extensions of time.

IT IS SO ORDERED.

DATED: February 9, 2021.

CHIEF UNITED STATES DISTRICT JUDGE