```
PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $37,719.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $96,409.27 SEIZED FROM CHASE BANK ACCOUNT NUMBER 105589805, HELD IN THE NAME OF MEDITERRANEAN MARKET, and<br><br>APPROXIMATELY $18,623.98 SEIZED FROM GOLDEN ONE CREDIT UNION ACCOUNT NUMBER 1290544, HELD IN THE NAMES OF BASSAM ADEEB ABUGHAZALEH AND SAHAR ABUGHAZALEH,<br><br>　　　　　Defendants. | 2:17-MC-00152-KJM-EFB<br><br>NOTICE OF SETTLEMENT<br>[LOCAL RULE 160] |

TO THE HONORABLE KIMBERLY J. MUELLER:

　　　Pursuant to E.D. Cal. R. 160(a), the Court is hereby advised that the parties to the above referenced civil action have reached a settlement.  The dispositional papers will be filed with the Court within twenty one (21) days, in accordance with E.D. Cal. R. 160(b).

Dated:  3/10/2021　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Kevin C. Khasigian
　　　　　　　　　　　　　　　　　　　　　　　KEVIN C. KHASIGIAN
　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1